OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



5/28/2015

HAINES, RODNEY STEVE    Tr. Ct. No. A05-216-1    WR-83,380-08

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RODNEY STEVE HAINES
TERRELL UNIT - TDC # 1347
1300 FM 655
ROSHARON, TX 77583

U T F